# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

DANIEL FERGUSON                                                            PLAINTIFF

v.                                           4:20-cv-01337-JM-JJV

BILL GILKEY, Sheriff, Yell County                            DEFENDANT

## **JUDGMENT**

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 29th day of January, 2021.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE